UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 FEB 19 PM 2:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE AMBRIZ-SAUCEDO,

Defendant.

CASE NO. 07CR3286-BTM

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1325

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 19, 2008

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ENTERED ON 2-19-08